John Parker HEATHSCOTT *v.* Christopher C. RAFF

CR 98-801                                               973 S.W.2d 804

Supreme Court of Arkansas
Opinion delivered September 14, 1998

*Appellant,* pro se.

*Jeff Rosenzweig*, for appellee.

*Winston Bryant*, Att'y Gen., by: *Thomas S. Gay*, Sr. Ass't Att'y Gen. and *Warren Readnour*, Ass't Att'y Gen., for Sharon Priest, Secretary of State.

PER CURIAM. On September 3, 1998, John Parker Heath-scott filed his petition for writ of mandamus seeking to stay the effect of a decision by the Pulaski County Circuit Court in an underlying case on appeal to this court, together with a motion to expedite consideration of the petition for writ of mandamus.

■ As the underlying case has been affirmed by a decision entered this day, the petitions for a writ of mandamus and for expedited consideration on the writ of mandamus are now moot.